UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA GODINES, individually, and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DOLLAR TREE STORES, INC., a Virginia corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. 2:25-cv-01743-TLN-CSK<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING STIPULATION AS TO BRIEFING SCHEDULE ON DOLLAR TREE'S CONTINUED MOTION TO DENY CLASS CERTIFICATION (DKT. 11)**<br><br>Hon. Troy L. Nunley<br><br>Dept.:  2<br><br>*(Removed from Sacramento County Superior Court, Case No. 25CV011404)* |

On December 16, 2025, Plaintiff Cecelia Godines ("Plaintiff") and Defendant Dollar Tree Stores, Inc. ("Defendant") (together with Plaintiff "the Parties") filed a Stipulation as to Briefing Schedule on Dollar Tree's Continued Motion to Deny Class Certification (Dkt. 11). Concurrently, Defendant filed a Notice of Continuation of Dollar Tree's Motion to Deny Class Certification.

Having reviewed the Parties' Request, and finding no good cause for denying it, IT IS HEREBY ORDERED that:

1. Plaintiff's Opposition to Defendant's Motion to Deny Class Certification (Docket No. 12) is due February 6, 2026.
2. Defendant's Reply in Support of its Motion to Deny Class Certification is due February 27, 2026.
3. The Hearing on Defendant's Motion to Deny Class Certification currently set for January 22, 2026, is continued to March 19, 2026, at 2:00 p.m.

**IT IS SO ORDERED.**

DATED: **December 17, 2025**

_____
Troy L. Nunley
Chief United States District Judge