UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA GODINES, individually, and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DOLLAR TREE STORES, INC., a Virginia corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. 2:25-cv-01743-TLN-CSK<br><br>**CLASS ACTION**<br><br>**ORDER GRANTING STIPULATION AS TO BRIEFING SCHEDULE ON DOLLAR TREE'S CONTINUED MOTION TO DENY CLASS CERTIFICATION**<br><br>Hon. Troy L. Nunley<br><br>Dept.:        2<br><br>*(Removed from Sacramento County Superior Court, Case No. 25CV011404)* |

On February 2, 2026, Plaintiff Cecelia Godines ("Plaintiff") and Defendant Dollar Tree Stores, Inc. ("Defendant") (together with Plaintiff "the Parties") filed a Stipulation as to Briefing Schedule on Dollar Tree's Continued Motion to Deny Class Certification.

Having reviewed the Parties' Request, IT IS HEREBY ORDERED that:

1. Plaintiff's Opposition to Defendant's Motion to Deny Class Certification (Docket No. 11) is due February 20, 2026;

2. Defendant's Reply in Support of its Motion to Deny Class Certification is due March 13, 2026; and

3. The Hearing on Defendant's Motion to Deny Class Certification is continued to April 2, 2026, at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: February 2, 2026

Troy L. Nunley
Chief United States District Judge

ORDER GRANTING JOINT STIPULATION
RE: BRIEFING SCHEDULE
CASE NO. 2:25-CV-01743-TLN-CSK