Karen I. Gold (State Bar No. 258360)
kgold@blackstonepc.com
Sara Pezeshkpour (State Bar No. 260240)
spezeshkpour@blackstonepc.com
Noam Reiffman (State Bar No. 299446)
nreiffman@blackstonepc.com
Marissa A. Mayhood (State Bar No. 334376)
mmayhood@blackstonepc.com
**BLACKSTONE LAW, APC**
8383 Wilshire Boulevard, Suite 745
Beverly Hills, California 90211
Telephone:  (310) 622-4278
Facsimile:  (855) 786-6356

Attorneys for Plaintiff CECILIA GODINES,
individually, and on behalf of others similarly situated

*Additional Counsel Listed on Next Page*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECILIA GODINES, individually, and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>DOLLAR TREE STORES, INC., a Virginia corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO. 2:25-cv-01743-TLN-CSK<br><br>**<u>CLASS ACTION</u>**<br><br>**STIPULATION TO CONTINUE UPCOMING DEADLINES AND ORDER**<br><br>Hon. Troy L. Nunley<br><br>Dept.:        2<br><br>*(Removed from Sacramento County Superior Court, Case No. 25CV011404)* |

RYAN D. DERRY (SB# 244337)

ryanderry@paulhastings.com
EMILY STOVER (SB #318912)
emilystover@paulhastings.com
PAUL HASTINGS LLP
101 California Street, 48th Floor
San Francisco, CA  94111
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100

Attorneys for Defendant
DOLLAR TREE STORES, INC.

STIPULATION TO CONTINUE
UPCOMING DEADLINES AND ORDER
CASE NO. 2:25-CV-01743-TLN-CSK

Plaintiff Cecilia Godines ("Plaintiff") and Defendant Dollar Tree Stores, Inc. ("Defendant") (together with Plaintiff "the Parties") by and through their respective counsel of record, stipulate and agree as follows:

WHEREAS, the Court's Amended Pretrial Scheduling Order (Dkt. 8), initially set the Phase One Discovery Cut-Off for March 10, 2026, and the deadline to disclose expert witnesses was set for one month later, on April 10, 2026.

WHEREAS, on March 4, 2026, Plaintiff filed an Administrative Motion to Modify the Scheduling Order (Dkt. 21), which sought to extend the Phase One Discovery Cut-Off to June 8, 2026.

WHEREAS, on March 9, 2026, this Court granted Plaintiff's Administrative Motion, extending the Phase One Discovery Cut-Off to June 8, 2026 (Dkt. 23).

WHEREAS, the Parties have agreed to proceed with a Belaire-West notice process, will submit a separate stipulation regarding the Parties agreement, and know that the Belaire-West opt-out process will not be complete before the current Phase One Discovery Cut-Off;

WHEREAS, Plaintiff intends to take 30(b)(6) depositions and other percipient witness depositions sometime thereafter and before filing Plaintiff's motion for class certification;

WHEREAS, the Parties agree to an alternative briefing schedule for Plaintiff's motion for class certification that is outlined below, which will, in part, provide the Parties the opportunity to take any discovery necessary in response to the other party's filing;

WHEREAS, the Parties have scheduled a mediation in this matter for December 15, 2026, the first available date the agreed-to mediator and Parties were available;

WHEREAS, the Parties believe that continuing the deadlines in Dkt. 8 and Dkt. 23 will conserve judicial resources and allow the Parties to focus their efforts on potential resolution before engaging in extensive motion practice;

WHEREAS, the Parties respectfully request that the following deadlines be continued:

i)     Phase One Discovery Cut-off;

ii)    Disclosure of Expert Witnesses;

iii)   Rebuttal Expert Disclosure Deadline;

iv)    Plaintiff's Deadline to File Motion for Class Certification.

NOW, THEREFORE IT IS STIPULATED that, subject to the Court's approval:

- The Phase One Discovery Cut-Off shall be continued from June 8, 2026 to **March 5, 2027**;

- The Disclosure of Expert Witnesses shall be continued from April 10, 2026 to **March 31, 2027**;

- The Rebuttal Expert Disclosure Deadline shall be continued from May 10, 2026 to **April 30, 2027**;

- Plaintiff's Deadline to File Motion for Class Certification shall be continued from September 10, 2026 to **July 30, 2027**;

- Defendant's Opposition to Plaintiff's Motion for Class Certification will be due on **September 28, 2027**;

- Plaintiff's Reply to Plaintiff's Motion for Class Certification will be due on **November 9, 2027**.

Dated:  May 18, 2026            PAUL HASTINGS LLP


By:_____/s/ Ryan D. Derry_____
                        Ryan D. Derry

Attorneys for Defendant
DOLLAR TREE STORES, INC.

Dated:  May 18, 2026            BLACKSTONE LAW, APC

By___/s/ Marissa A. Mayhood_____
                        Karen I. Gold
                        Marissa A. Mayhood

Attorneys for Plaintiff
CECILIA GODINES

## ORDER

Wherefore, having duly considered the parties' Stipulation to Continue Upcoming Deadlines, IT IS HEREBY ORDERED that:

- The Phase One Discovery Cut-Off shall be continued from June 8, 2026 to March 5, 2027;

- The Disclosure of Expert Witnesses shall be continued from April 10, 2026 to March 31, 2027;

- The Rebuttal Expert Disclosure Deadline shall be continued from May 10, 2026 to April 30, 2027;

- Plaintiff's Deadline to File Motion for Class Certification shall be continued from September 10, 2026 to July 30, 2027;

- Defendant's Opposition to Plaintiff's Motion for Class Certification will be due on September 28, 2027;

- Plaintiff's Reply to Plaintiff's Motion for Class Certification will be due on November 9, 2027.

**IT IS SO ORDERED.**

DATED: May 19, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE
UPCOMING DEADLINES AND ORDER
CASE NO. 2:25-CV-01743-TLN-CSK