Karen I. Gold (SBN 258360)
kgold@blackstonepc.com
Sara Pezeshkpour (SBN 260240)
spezeshkpour@blackstonepc.com
Noam Y. Reiffman (SBN 299446)
nreiffman@blackstonepc.com
Marissa A. Mayhood (SBN 334376)
mmayhood@blackstonepc.com
**BLACKSTONE LAW, APC**
8383 Wilshire Boulevard, Suite 745
Beverly Hills, California 90211
Telephone: (310) 622-4278 / Fax: (855) 786-6356

Attorneys for Plaintiff CECILIA GODINES, Individually, and on behalf of others similarly situated

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CECILIA GODINES, individually, and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DOLLAR TREE STORES, INC., a Virginia corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:25-cv-01743-TLN-CSK<br><br>**STIPULATION AND ORDER REGARDING BELAIRE-WEST NOTICE**<br><br>Complaint Filed: May 9, 2025 (Removed from Sacramento County Superior Court)<br>Trial Date: Not Set |

Plaintiff Cecilia Godines and Defendant Dollar Tree Stores, Inc. (collectively, "Parties") to the above-entitled action, through their respective counsel of record, submit this Stipulation and [Proposed] Order ("Stipulation") requesting approval of the attached Belaire-West Notice giving Putative Class Members the option of objecting to disclosure of their contact information to Plaintiff's counsel.

The Parties agree to the following procedures pending approval of the Court:

1. The parties agree to use CPT Group, Inc. ("Administrator") as the third-party administrator responsible for completing the Belaire-West notice process.
2. No later than ten (10) calendar days after the Court signs the order hereto, defendant Dollar Tree Stores, Inc. ("Defendant") shall send to the Administrator a list of all of Defendant's California Store Managers employed at any time from May 9, 2021, until the present, who opted out of arbitration and whom Dollar Tree does not contend is bound by an arbitration agreement ("Belaire-West Group") (the "List").
3. The List shall include the full name, last known home address, last known telephone number, and last known email address ("Contact Information") for each individual in the Belaire-West Group as currently reflected in Defendant's personnel data system.
4. The List shall be in native Excel format.
5. Within five (5) calendar days after receiving the List from Defendant, the Administrator will perform a search based on the National Change of Address Database or any other similar services available, such as provided by Experian, for information to update and correct for any known or identifiable address changes for any members of the Belaire-West Group.
6. The Administrator shall have seven (7) calendar days from receipt of the List to mail the Belaire-West Notice (attached hereto as **Exhibit A**) to each member of the Belaire-West Group via First-Class U.S. Mail, using the most current, known mailing addresses identified by the Administrator.
7. Each member of the Belaire-West Group shall have thirty (30) days after the date the Belaire-West Notices are mailed out to object to the disclosure of their Contact

Information. If any Belaire-West Notices to members are returned undeliverable, the Administrator will perform a skip trace for those members and within five (5) calendar days will re-mail the Belaire-West Notices via First-Class U.S. Mail to those members' most current, known mailing addresses identified by the Administrator. In the event that a Belaire-West Notice is re-mailed to a member of the Belaire-West Group, the Response Deadline for that Class Member shall be extended fifteen (15) calendar days from the original objection deadline, but in no event shall any deadline be less than fifteen (15) days. For an objection to be valid, the Belaire-West Group member must complete and return the Objection Card via U.S. Mail to the Administrator (attached hereto as **Exhibit B**). The Objection Card must be postmarked by or submitted before the 30-day deadline set forth above unless the Belaire-West Notice was remailed then the deadline will be extended by an additional 15 days. If an objection is ambiguous as to the Class Member's intent, the Administrator shall provide a copy of the objection to counsel who shall meet and confer to resolve the ambiguity.

8. The Administrator shall, upon request of counsel, prepare a report under oath of the mailing process and collection of Objection Forms.
9. Fifty (50) days after the date the Belaire-West Notices are mailed out, or five (5) calendar days after the last deadline for a Class Member to Object pursuant to paragraph 7, above, the Administrator shall provide to Plaintiff's counsel a copy of the List omitting the Contact Information for any member of the Belaire-West Group who timely submitted Objection Forms.
10. The Parties will split the cost of the Belaire Notice process evenly.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: October 19, 2026 **BLACKSTONE LAW, APC**

By: /s/ Karen Gold
Karen I. Gold

Sara Pezeshkpour
Noam Y. Reiffman
Marissa A. Mayhood

*Attorneys for Plaintiff*
CECILIA GODINES

Dated: October 19, 2026

**PAUL HASTINGS, LLP**

By: /s/ Ryan Derry
Ryan Derry
Emily Stover

*Attorneys for Defendant*
DOLLAR TREE STORES, INC.

**ORDER**

Good cause appearing, the Parties' forgoing stipulation is hereby approved and adopted as an Order of the Court.

DATED: October 19, 2026

Troy L. Nunley
Chief United States District Judge